Denver District Court
Denver County, Colorado
Court Address: 1437 Bannock St., Rm. 256, Denver, CO 80202

**ELLIOTT, WILLIAM F**
Plaintiff(s)

v.

**ALLIANCE ONE RECEIVABLES MGMT INC**
Defendant(s)

EFILED Document
CO Denver County District Court 2nd JD
Filing Date: Feb 7 2012 2:50PM MST
Filing ID: 42566757
Review Clerk: Matthew Palmer

▲ COURT USE ONLY ▲

Case Number: **12CV712**

Courtroom: **275**

## NOTICE AND ORDER TO FILE JDF 601 DISTRICT COURT CIVIL CASE COVER SHEET

To (include name and address of pro se party or attorney filing complaint, counterclaim, cross-claim, or third party complaint):

**PHILLIP A PARROTT**

**270 SAINT PAUL STREET, SUITE 200**

**DENVER, COLORADO 80206**

The initial pleading of complaint, counterclaim, cross-claim, or third party complaint filed on **2/6/12** (date) either did not include the District Court Civil Case Cover Sheet (JDF 601), required to accompany this pleading pursuant to C.R.C.P. 16.1(b)(3), or included an obsolete version of the Cover Sheet.   Please note that form JDF 601 was revised in December of 2011 to account for the Colorado Civil Access Pilot Project.

The party or attorney for the party filing this pleading must complete and file the current version of form JDF 601 within 7 days of the date of this Notice.  If it is not filed by the deadline, the Court may impose sanctions, including striking this pleading.



Clerk

## CERTIFICATE OF MAILING

I certify that on February 7, 2012, I mailed or dispatched electronically this *NOTICE AND ORDER TO FILE JDF 601 DISTRICT COURT CIVIL CASE COVER SHEET* to the following:

    Pro Se Party Filing Pleading (mailing)
**X** Attorney Filing Pleading (mailing or electronically)



Clerk