| | |
|---|---|
| DISTRICT COURT, DENVER, COLORADO<br>1437 Bannock St<br>Denver, CO  80202 | **EFILED Document**<br>**CO Denver County District Court 2nd JD**<br>**Filing Date: Mar  6 2012  9:03AM MST**<br>**Filing ID: 42893999**<br>**Review Clerk: Patricia Garcia** |
| Plaintiffs:<br>WILLIAM F. ELLIOTT | |
| vs. | σ COURT USE ONLY σ |
| Defendants:<br>ALLIANCE ONE RECEIVABLES MANAGEMENT INC. | Case Number:  12CV712 |
| | Courtroom:  275 |
| **SHOW CAUSE ORDER** | |

THIS MATTER is before the Court *sua sponte*.

The Plaintiff is hereby ORDERED to show cause in writing within seven (7) days of this date why the matter should not be dismissed for failure to comply with the following:

☒   The Court's Notice and Order, including:

   ☒  Filing of JDF 601 District Court Civil Case Cover Sheet pursuant to C.R.C.P. 16.1(b)(3).

In the absence of such showing, the case will be dismissed without prejudice and **without further notice.**  Costs shall be awarded pursuant to C.R.S. 13-16-113(1).

DATED: March 6, 2012.

BY THE COURT:

R. Michael Mullins
District Court Judge