**DENIED**

Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

**Dated: Mar 08, 2012**

R. Michael Mullins
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br>Court Address:<br>Room 256, City and County Building<br>1437 Bannock Street<br>Denver, CO 80202 | **EFILED Document**<br>**CO Denver County District Court 2nd JD**<br>**Filing Date: Mar 8 2012 10:04AM MST**<br>**Filing ID: 42957963**<br>**Review Clerk: Patricia Garcia** |
| WILLIAM F. ELLIOTT<br><br>Plaintiff:<br>v.<br><br>ALLIANCEONE RECEIVABLES MANAGEMENT, INC.<br><br>Defendant: | ▲ **COURT USE ONLY** ▲ |
| | Case Number: 2012CV712<br><br>Division: Courtroom: |

**ORDER**

The Court, having reviewed Defendant AllianceOne Receivables Management, Inc.'s (the "Defendant") "Unopposed Motion for Extension of Time to File Responsive Pleading," ("Defendant's Motion"), the file, any responses thereto, and being otherwise fully advised in its premises;

**HEREBY GRANTS** Defendant's Motion.

**IT IS THEREFORE ORDERED** that Defendant shall have through and including March 16, 2012 in which to file a responsive pleading to Plaintiff's Complaint.

Dated this _____ day of March, 2012.

BY THE COURT:

_____
Hon. R. Michael Mullins
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

**Court:** CO Denver County District Court 2nd JD

**Judge:** Ronald M Mullins

**File & Serve Transaction ID:** 42910488

**Current Date:** Mar 08, 2012

**Case Number:** 2012CV712

**Case Name:** ELLIOTT, WILLIAM F vs. ALLIANCE ONE RECEIVABLES MGMT INC

**Court Authorizer:** Ronald M Mullins

**/s/ Judge Ronald M Mullins**