IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-00619-MSK-BNB

WILLIAM F. ELLIOTT,

        Plaintiff,

v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,

        Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulation and Motion Regarding Dismissal **(#22)** filed July 18, 2012. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED** and all claims and cross-claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 19th day of July, 2012.

                                **BY THE COURT:**

                                Marcia S. Krieger
                                United States District Judge